UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2010 AUG 24 PM 2: 29

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) ) ) | Case No. **CR 110 232** |
| v. | ) ) | **COUNT ONE** |
| JONATHAN JERMAINE MYERS, | ) ) | DUI on a Military Reservation 18 U.S.C. §§ 7 & 13 O.C.G.A. § 40-6-391(a)(1) |
| Defendant. | ) ) ) ) ) ) ) | **COUNT TWO** DUI on a Military Reservation 18 U.S.C. §§ 7 & 13 O.C.G.A. § 40-6-391(a)(5) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about the 29th day of May, 2010, in the Southern District of Georgia, the defendant,

JONATHAN JERMAINE MYERS,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

**COUNT TWO**

On or about the 29th day of May, 2010, in the Southern District of Georgia, the defendant,

JONATHAN JERMAINE MYERS,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while his alcohol concentration was in excess of 0.08 grams, this concentration being present at a time within three hours after such driving ended, from alcohol consumed before such driving ended, in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

EDWARD J. TARVER
UNITED STATES ATTORNEY

_____
John Ciulla
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Gordon, GA  30905-5280
(706) 791-1254 Fax 791-1749

## VERDICT

We, the jury find the defendant, _____
this _____ day of _____, 20_____

_____
Foreman

## PLEA

The defendant, _____, waives arraignment and pleads _____
In open Court, this _____ day of _____, 20_____

_____
Counsel for Defendant

_____
Defendant

---

No. **CR 110 232**

United States District Court
Southern District of Georgia

_____ Augusta _____ Division

UNITED STATES

VS.

JONATHAN JERMAINE MYERS

**INFORMATION**

FOR

DUI on a Military Reservation, 18 USC §§ 7&13, OCGA § 40-6-391(a)(1) and (5)

Filed in open Court this _____ day of _____, 20__

_____
Deputy Clerk

_____
United States Attorney

USA-10-21-1

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open court this _____ day of _____, 20_____

_____
_____
_____

Witness:

_____
Clerk, United States Court